1   THOMAS E. FRANKOVICH,
    *A PROFESSIONAL LAW CORPORATION*
2   THOMAS E. FRANKOVICH (State Bar No. 074414)
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:    415/674-8600
4   Facsimile:    415/674-9900

5   Attorneys for Plaintiff
    CRAIG YATES, an individual
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  CRAIG YATES, an individual,              CV-10-2484-EDL

11          Plaintiff,                    )  STIPULATION EXTENDING TIME
                                          )  FOR DEFENDANTS DON WONG and
12                                        )  MAR SHEE WONG, as Trustees of the
    v.                                    )  WAHONG BILL WONG BYPASS
13                                        )  TRUST, under Declaration of Trust
    CIGARETTE DEPOT; DON WONG and         )  dated June 20, 1997; CONTINUING
14  MAR SHEE WONG, as Trustees of the     )  JOINT SITE INSPECTION DEADLINE;
15  WAHONG BILL WONG BYPASS               )  AND [PROPOSED] ORDER THEREON
    TRUST, under Declaration of Trust dated )
16  June 20, 1997; and ALI M. JAMIL, an   )
17  individual,                           )
                                          )
18          Defendants.                   )
                                          )
19  _____)

20

21          Plaintiff CRAIG YATES, an individual and Defendants DON WONG and MAR SHEE

22  WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of

23  Trust dated June 20, 1997, by and through their respective counsel, respectfully request and make

24  the following stipulation:

25  ///

26  ///

27  ///

28
    STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL
    WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE;
    AND [PROPOSED] ORDER THEREON
                                                                          CV-10-2484-EDL

1.   Defendant MAR SHEE WONG, as Trustee of the WAHONG BILL WONG
BYPASS TRUST, under Declaration of Trust dated June 20, 1997 was served with the
summons and complaint via personal service on July 23, 2010; defendant ALI M. JAMIL was
served with the summons and complaint via personal service July 29, 2010.

2.   None of the defendants in the above-captioned matter have answered plaintiff's
complaint.

3   On August 3, 2010, via mail plaintiff's counsel was contacted by attorney,
Brennan J. Newsom on behalf of defendants DON WONG and MAR SHEE WONG, as
Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated
June 20, 1997. Mr. Newsom requested a 30-day extension for defendants DON WONG and
MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under
Declaration of Trust dated June 20, 1997.

4.   Plaintiff has agreed to grant defendants DON WONG and MAR SHEE WONG,
as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated
June 20, 1997, a one time extension of 30-days on the condition that Mr. Newsom accepts
service on behalf of defendant DON WONG, Trustees of the WAHONG BILL WONG BYPASS
TRUST, under Declaration of Trust dated June 20, 1997.

5.   Defense counsel has agreed to accept service on behalf of DON WONG, Trustee
of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20,
1997 and respond to plaintiff's complaint on or about but no later than September 13, 2010.

6.   Plaintiff also request that the last day for the parties and counsel to conduct a joint
inspection of the premises be continued from September 13, 2010 to October 29, 2010, in order
to give all parties sufficient time to be served, appear, and meaningfully participate in the joint
inspection.

///

///

///

STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE; AND [PROPOSED] ORDER THEREON

CV-10-2484-EDL    2

1    **IT IS SO STIPULATED:**

2         That the last day for defendants DON WONG and MAR SHEE WONG, as Trustees of

3    the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997,

4    to answer or otherwise respond to plaintiff's complaint be extended up to and including

5    September 13, 2010, and the last day for the parties and counsel to conduct the joint inspection of

6    the premises pursuant to General Order 56, by and including October 29, 2010.

7

8                                         Respectfully submitted,

9    Dated: August 9, 2010                THOMAS E. FRANKOVICH,
                                          *A PROFESSIONAL LAW CORPORATION*
10

11

12                              By: _____
                                          Thomas E. Frankovich
13                                        Attorneys for Plaintiff CRAIG YATES, an
                                          individual

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28
     STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL
     WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE;
     AND [PROPOSED] ORDER THEREON

                                                                        CV-10-2484-EDL          3

1    Dated: Aug 26th, 2010          BRENNAN J. NEWSOM,
2                                   *LAW OFFICES*
3
4                                   By:
5                                        Brennan J. Newsom
6                                   Attorneys for defendants DON WONG and
7                                   MAR SHEE WONG, as Trustees of the
8                                   WAHONG BILL WONG BYPASS TRUST,
9                                   under Declaration of Trust dated June 20, 1997
10                                   **ORDER**
11        **IT IS SO ORDERED** that the last day for defendants DON WONG and MAR SHEE
12   WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of
13   Trust dated June 20, 1997, to answer plaintiff's complaint is extended up to and including
14   September 13, 2010, and the last day for the parties and counsel to conduct the General Order 56
15   site inspection of the premises is continued up to and including October 29, 2010.
16
17
18   Dated: August 26, 2010          Elizabeth D. Laporte
19                                   HON. ELIZABETH D. LAPORTE
20                                   United States Magistrate Judge
21
22
23
24
25
26
27
28   STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL
     WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997: CONTINUING JOINT SITE INSPECTION DEADLINE;
     AND [PROPOSED] ORDER THEREON
                                                              CV-10-2484-EDL          4

1

## CERTIFICATE OR PROOF OF SERVICE

2

3   State of California    )
                           ) ss
    County of Marin        )

4

5       I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

6

7   **STIPULATION EXTENDING TIME FOR DEFENDANTS DON WONG and MAR SHEE WONG, as Trustees of the WAHONG BILL WONG BYPASS TRUST, under Declaration of Trust dated June 20, 1997; CONTINUING JOINT SITE INSPECTION DEADLINE; AND [PROPOSED] ORDER THEREON**

8

9

10  on the interested parties in this action, conveyed as follows:

11  ☒    By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:

12      ☒    in first class U.S. Mail
        ☐    in ___ priority or ___ standard overnight mail via Federal Express.

13      I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Rafael.

14

15

16

17  addressed to:

18  **Brennan J. Newsom**             **Ali M. Jamil, an individual,** *In Pro Per*
    **Law Offices**                       **2254 Clement Street**

19  **30 N. San Pedro Rd., Suite 195**       **San Francisco, CA 94121**
    **San Rafael, CA 94903**

20

21

22

23      I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 25, 2010, at San Rafael, California.

24

25

26

27  Armetrice Cooper
    (Original signed)

28