1  COOPER, WHITE & COOPER LLP
   JEFFERY P. WOO (SBN 132697)
2    jwoo@cwclaw.com
   HARRISON T. NAM (SBN 190934)
3    hnam@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California  94111
   Telephone:    (415) 433-1900
5  Facsimile:    (415) 433-5530

6  Attorneys for Defendants
   Don Wong and Mar Shee Wong, as Trustees of
7  the Wahong Bill Wong Bypass Trust, under
   Declaration of Trust dated June 20, 1997

8

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12  CRAIG YATES,                            CASE NO. CV-10-2484-EDL

13          Plaintiff,                      **NOTICE OF CHANGE IN COUNSEL
                                            AND** [PROPOSED] **ORDER**
14      vs.

15  CIGARETTE DEPOT; DON WONG and           Judge:  Hon. Elizabeth D. Laporte
    MAR SHEE WONG, as Trustees of the       Trail Date:  Not set
16  WAHONG BILL WONG BYPASS TRUST,
    under Declaration of Trust dated June 20,
17  1997; and ALI M. JAMIL;

18          Defendants.

19

20      TO THE COURT, ALL PARTIES OF RECORD AND THEIR ATTORNEYS:

21      PLEASE TAKE NOTICE that Defendants Don Wong and Mar Shee Wong, as Trustees of

22  the Wahong Bill Wong Bypass Trust, under Declaration of Trust dated June 20, 1997 ("the

23  Wongs"), hereby request the following change in counsel:

24      The Wongs' former attorney of record Brennan J. Newsom passed away on or about

25  November 11, 2010.  (*See* Declaration of William J. Newsom, attached hereto and incorporated by

26  reference herein.)  The Wongs hereby request the Court approve the substitution of the following

27  attorneys as attorneys of record in the place and stead of Brennan J. Newsom (now deceased):

28  / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1

2    Jeffery P. Woo
     Harrison T. Nam
3    Cooper, White & Cooper LLP
     201 California St., 17th Fl., San Francisco, CA, 94111
     telephone: (415) 433-1900; facsimile: (415) 433-5530
4    e-mail: jwoo@cwclaw.com; hnam@cwclaw.com

5    We consent to the substitution.

6    DATED: March 24, 2011          WAHONG BILL WONG BYPASS TRUST.

7

8                                    By: _Don Wong Ma Shee Wong_____
                                         Don Wong and Mar Shee Wong, Trustee of the
9                                        WAHONG BILL WONG BYPASS TRUST,
                                         under Declaration of Trust dated June 20, 1997,
10                                       Defendants/Cross-Complainants

11
     I consent to the substitution.
12
     DATED: March 28, 2011          COOPER, WHITE & COOPER LLP
13

14                                   By: _____
                                         Jeffery P. Woo, Esq.
15                                       New Counsel for Defendants/Cross-
                                         Complainants DON WONG and MAR SHEE
16                                       WONG, as Trustees of the WAHONG BILL
                                         WONG BYPASS TRUST, under Declaration
17                                       of Trust dated June 20, 1997

18
     I consent to the substitution.
19
     DATED ; March 23, 2011
20

21                                   By: _____
22                                       William J. Newsom, Esq.
                                         Executor of the Estate of Brennan J. Newsom,
23                                       Former Counsel for Defendants/Cross-
                                         Complainants DON WONG and MAR SHEE
24                                       WONG, as Trustees of the WAHONG BILL
                                         WONG BYPASS TRUST, under Declaration
25                                       of Trust dated June 20, 1997

26   / / /

27   / / /

28   / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111      651871.1                    2              CASE NO. CV-10-2484-EDL
                                         NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER

1

## ORDER

2      IT IS ORDERED that the request of Defendants Don Wong and Mar Shee Wong, as

3 Trustees of the Wahong Bill Wong Bypass Trust, under Declaration of Trust dated June 20, 1997,

4 to substitute the following attorneys as attorneys of record in place and stead of Brennan J.

5 Newsom (now deceased) is hereby GRANTED:

6      Jeffery P. Woo
       Harrison T. Nam
7      Cooper, White & Cooper LLP
       201 California St., 17th Fl., San Francisco, CA, 94111
8      telephone: (415) 433-1900; facsimile: (415) 433-5530
       e-mail: jwoo@cwclaw.com; hnam@cwclaw.com

9

10

11 Dated: _____March 30_____, 2011

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judge Elizabeth D. Laporte

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

651871.1                          3                     CASE NO. CV-10-2484-EDL
              NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10   CRAIG YATES,                         CASE NO. CV-10-2484-EDL

11              Plaintiff,

12        vs.

13   CIGARETTE DEPOT; DON WONG and        **DECLARATION OF WILLIAM J.**
     MAR SHEE WONG, as Trustees of the    **NEWSOM REGARDING SUBSTITUTION**
14   WAHONG BILL WONG BYPASS TRUST,       **OF COUNSEL**
     under Declaration of Trust dated June 20,
15   1997; and ALI M. JAMIL,

16              Defendants.

17

18

19        I, William J. Newsom, declare:

20        1.      I am over 18 years of age, and personally familiar with the facts set forth in this

21   declaration.  If called as a witness I could and would competently testify to the matters stated

22   herein.

23        2.      On November 11, 2010, my father Brennan J. Newsom ("Mr. Newsom") passed

24   away after an extended fight with lung cancer.  A death certificate is attached hereto as Exhibit A.

25        3.      Mr. Newsom was the attorney of record for Defendants.

26        4.      My brother Eric and I were designated co-trustees of Mr. Newsom's trust and

27   executors of his estate.

28

                                                              CV-10-2484-EDL
     DECLARATION OF WILLIAM J. NEWSOM REGARDING SUBSTITUTION OF COUNSEL

1    5.    My brother and I returned all of the Defendants' files and advised them to obtain

2    new counsel.

3    6.    Defendants have obtained new counsel to represent them in the above captioned

4    matter and wish to them as counsel of record.

5    I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.

7    Executed on March 23, 2011, at San Francisco, California.

8

9

10    William J. Newsom

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF WILLIAM J. NEWSOM REGARDING SUBSTITUTION OF COUNSEL

# Exhibit A

STATE OF CALIFORNIA
**CERTIFICATION OF VITAL RECORD**

# COUNTY OF MARIN

### SAN RAFAEL, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
(USE BLACK INK ONLY / NO ERASURES, WHITE-OUTS OR ALTERATIONS)
VS-11/REV 3/98

STATE FILE NUMBER — 3201021001674
LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT – FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| BRENNAN | JOHN | NEWSOM |

2FA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| 02/25/1938 | 72 | | | M |

| 7. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS (At time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR 24 Hours |
|---|---|---|---|---|---|
| CA | 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 | YES ☐ NO ☒ | DIVORCED | 11/11/2010 | 0145 |

| 13. EDUCATION – Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO/A SPANISH? If yes, see worksheet on back | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| DOCTORATE | YES ☐ NO ☒ | CAUCASIAN |

| 17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED | 18. KIND OR BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| SELF EMPLOYED | LAWYER | 40 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 316 DONAHUE STREET |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| SAUSALITO | MARIN | 94965 | 34 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| ERIC NEWSOM, SON | 401 REDWOOD AVENUE, CORTE MADERA, CA 94925 |

**SPOUSE/SDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SDP–FIRST | 29. MIDDLE | 30. LAST (Maiden Name) |
|---|---|---|
| – | – | – |

| 31. NAME OF FATHER/PARENT–FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| WILLIAM | ALFRED | NEWSOM | CA |

| 35. NAME OF MOTHER/PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| CHRISTINE | | BRENNAN | CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION DUTCH FLAT CEMETERY |
|---|---|
| 11/19/2010 | DUTCH FLAT, CA |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CR/BU | EDWARD LEON | EMB8320 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| MONTE'S CHAPEL OF THE HILLS | FD602 | FRED S SCHWARTZ, MD | 11/18/2010 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|---|
| KAISER PERMANENTE HOSPITAL | | ☒ IP ☐ ER/OP ☐ DOA | Hospice / Nursing Home/LTC / Decedent's Home / Other |

| 104. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 105. CITY |
|---|---|
| 99 MONTECILLO ROAD | SAN RAFAEL |

| 106. COUNTY |
|---|
| MARIN |

**CAUSE OF DEATH**

| 107. DEATH WAS CAUSED BY: (Enter only one cause per line for A, B, C, and D.) | Time interval between onset and death | 108. DEATH REPORTED TO CORONER? YES ☐ NO ☐ |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) RESPIRATORY FAILURE | DAYS | 109. BIOPSY PERFORMED? YES ☐ NO ☒ |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) METASTATIC CANCER TO LUNG | MONTHS | 110. AUTOPSY PERFORMED? YES ☐ NO ☒ |
| (C) | | 111. USED IN DETERMINING CAUSE? YES ☐ NO ☐ |
| (D) | | |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | |
|---|---|
| NO | YES ☐ NO ☐ UNK ☐ |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since / Decedent Last Seen Alive | MARK ROGER TAYLOR M.D. | G79457 | 11/17/2010 |
| 11/01/2010 / 11/11/2010 | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE AIRI HEIDI KOPPEROINEN M.D. 99 MONTECILLO ROAD, SAN RAFAEL, CA 94903 | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR 24 Hours |
|---|---|---|---|
| MANNER OF DEATH: Natural ☐ Accident ☐ Homicide ☐ Suicide ☐ Pending Investigation ☐ Could not be determined ☐ | YES ☐ NO ☐ | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| |

| 125. LOCATION OF INJURY (Street and number or location and city and zip) |
|---|
| |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| | | |

| STATE REGISTRAR | A | B | C | D | E | *010001001637205* | FAX AUTH # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORD SECTION, MARIN COUNTY PUBLIC HEALTH DEPARTMENT



Fred S. Schwartz, M.D.
Marin County, California

2 3 2 3 / 2010
DATE ISSUED

This copy is not valid unless prepared on an engraved border, displaying date, seal and signature of the County Health Officer.

* 000388113 *

