UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CRAIG YATES,
                    Plaintiff,

v.

CIGARETTE DEPOT, et al.,
                    Defendants.

_____/

No. C 10-2484 EDL

**ORDER RE: ATTENDANCE**

Date:           August 11, 2011
Mediators:      Daniel Bowling
                Darci Burrell

IT IS HEREBY ORDERED that the request to excuse defendants Don Wong and Mar Shee

Wong from participating in the August 11, 2011, mediation before Daniel Bowling and Darci

Burrell is GRANTED, provided that the Wongs be represented at the mediation by individuals who

have been granted special power of attorney to negotiate and enter into a settlement of these actions.

IT IS SO ORDERED.

7/19/11
_____        By: _____
Dated                                        Joseph C. Spero
                                      Acting United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California