UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRAIG YATES**

    Plaintiff(s),            No. C-**10-02484** EDL

    v.                          **ORDER OF CONDITIONAL DISMISSAL**

**CIGARETTE DEPOT**

    Defendants.

_____/

    The Court has been informed through a Certification of ADR Session that this matter has fully settled. Thus, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: August 19, 2011

                                         _____
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge